

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

January 16, 2020

**VIA ECF**

Hon. Alison J. Nathan
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

SO ORDERED: 1/16/20

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Re: *Sanabria v. Theory LLC et al,*
    Civil Action No.: 1:19-cv-08315-AJN

Dear Judge Nathan:

This firm represents Defendant 47-49 Greene Street Owner LLC ("47-49 Greene Street") in the above-referenced action. We write, with consent of both Plaintiff and co-defendant Theory LLC ("Theory"), to respectfully request an extension of the deadline for both Theory and 47-49 Greene Street to respond to the Amended Complaint, up to and including February 11, 2020. SO ORDERED

By way of background, Plaintiff filed the Complaint on September 6, 2019. (ECF No. 1.) On November 18, 2019, Plaintiff filed an Amended Complaint to name 47-49 Greene Street. (ECF No. 13.) 47-49 Greene Street executed a waiver of service on November 19, 2019. Accordingly, the present deadline for 47-49 Greene Street to respond to the Amended Complaint is January 21, 2020. On December 3, 2019, the Court granted Theory's first request for an extension of its deadline to respond to the Amended Complaint. (ECF No. 19.) Theory's current deadline to respond to the Amended Complaint is also January 21, 2020. We respectfully request that these deadlines be extended up to and including February 11, 2020. This is the first request for an extension of this deadline for 47-49 Greene Street, and the second request for an extension of this deadline for Theory, which, if granted, will not affect any other scheduled dates, including the Initial Pretrial Conference presently scheduled for February 21, 2020. It is not intended to cause undue delay, but instead to provide additional time for the parties to continue settlement discussions which are ongoing. The undersigned has communicated with counsel for Plaintiff, and Plaintiff consents to these requests.

We thank the Court for its time and attention to this matter, and for its consideration of this application.

 

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ *John W. Egan*

John W. Egan

cc:    All counsel of record (via ECF)