```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Salustiano Sanabria,

                Plaintiff,

    –v–

Theory LLC, *et al.*,

               Defendants.

19-cv-8315 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. By noon on April 20, 2020 counsel should submit a joint letter indicating whether they can do without a conference altogether. If so, the Court will adjourn the conference *sine die*, enter the proposed case management plan and scheduling order, and refer the case to the S.D.N.Y. mediation program. If not, the Court will hold the initial pretrial conference by telephone, but rescheduled for 12:30 p.m. on April 21, 2020. If the conference is held, then at start of the conference, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 9196964, followed by the pound (#) key. Regardless of whether the conference is held, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated: April 17, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1