```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Salustiano Sanabria,

                Plaintiff,

     –v–

Theory LLC, *et al.*,

                Defendants.

19-cv-8315 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties' motion to adjourn the initial pre-trial conference is hereby granted. *See* Dkt. No. 33. The initial pre-trial conference currently scheduled for April 21, 2020 is hereby adjourned *sine die*.

    SO ORDERED.

Dated: April  20 , 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1